## BLAIR vs. DICKERSON, administrator.

A person owning real estate and personal property died intestate, leaving as his heirs at law a brother and three sisters; subsequently the intestate's brother died, leaving his son as his sole heir. Administration was taken on the estate of the intestate; the administrator paid over the entire proceeds of the estate to two of the sisters of the intestate, supposing they were the only heirs; he was discharged from the administration, died, and his estate was distributed. The son of the deceased brother of the intestate brought suit against the two heirs who had received the proceeds of the estate from the administrator for his share thereof, alleging the above facts:

Held, that the declaration was demurrable. Upon the death of the

brother of the intestate, his estate devolved upon his administrator, first to pay debts, and then for distribution; and the right to recover the interest of the decedent in his brother's estate would be in his administrator. There being no allegation that at the death of intestate's brother he owed no debts, and that, therefore, there was no need for administration on his estate, a suit in the name of his heir at law was bad. 42 *Ga.*, 512.

Judgment affirmed.

March 13, 1834.

BLANDFORD, Justice.